**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Anthony James KEBODEAUX, also
known as Anthony Kebodeaux,
Defendant–Appellant.**

**No. 08–51185.**

United States Court of Appeals,
Fifth Circuit.

Aug. 13, 2013.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, Mara Asya Blatt, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, El Paso, TX, Scott A.C. Meisler, Esq., Joseph Palmer, U.S. Department of Justice, Washington, DC, for Plaintiff–Appellee.

M. Carolyn Fuentes, Donna F. Coltharp, Assistant Federal Public Defender, Feder-

al Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before STEWART, Chief Judge, KING, JOLLY, DAVIS, JONES, SMITH, GARZA, BENAVIDES, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, and GRAVES, Circuit Judges.*

*ON REMAND FROM THE SUPREME
COURT OF THE UNITED
STATES*

PER CURIAM:

This court reversed the conviction and rendered a judgment of dismissal. *United States v. Kebodeaux,* 687 F.3d 232 (5th Cir.2012) (en banc). The Supreme Court reversed and remanded. *United States v. Kebodeaux,* —— U.S. ——, 133 S.Ct. 2496, 186 L.Ed.2d 540 (2013).

The defendant was convicted after a bench trial based on stipulated facts. On appeal, he raised only the issue that the Supreme Court has now decided adversely to him. No further proceedings are required. The judgment of conviction is AFFIRMED.

---

* Judge Higginson was not a member of the court when this case was submitted to the court en banc and did not participate in the original en banc decision or in this decision.